UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COEPTIS EQUITY FUND LLC,<br><br>Debtor. | Case No.  24-cv-05406-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

On August 20, 2024, Trustee Janina M. Hoskins filed a Motion for Withdrawal of the Reference to Bankruptcy Court and Motion for Order Under 28 U.S.C. § 1927. Debtor Coeptis Equity Fund LLC's ("Coeptis") opposition to the motion was due on September 3, 2024.  *See* Bankruptcy L.R. 5011-2(d).  To date, Coeptis has failed to file any opposition to the pending motion.

Accordingly, Coeptis is **ORDERED** to show cause, in writing, by **September 20, 2024**, as to why it did not respond.  In the alternative, Coeptis may file its opposition of no more than ten pages or a notice of non-opposition by that date.  If Coeptis files an opposition brief, Trustee's deadline to file a reply brief will be **October 4, 2024**.  *See* Bankruptcy L.R. 5011-2(d).

**IT IS SO ORDERED.**

Dated: September 9, 2024

RITA F. LIN
United States District Judge