UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COEPTIS EQUITY FUND LLC,<br><br>Debtor. | Case No. 24-cv-05406-RFL<br><br>**ORDER DENYING STRATTON BARBEE'S RULE 60(B) MOTION FOR RELIEF FROM PRIOR COURT ORDER**<br><br>Re: Dkt. No. 14 |

On August 20, 2024, the Chapter 7 Trustee moved the district court to withdraw the reference of this Chapter 7 bankruptcy proceeding to bankruptcy court for the purpose of considering a motion for sanctions under 28 U.S.C. § 1927. (Dkt. No. 1.) The Court granted the motion to withdraw the reference and the corresponding motion for sanctions. (Dkt. No. 13.) Now, Mr. Barbee moves for relief from that prior order, pursuant to Federal Rule of Civil Procedure 60(b). (Dkt. No. 14.) The motion is **DENIED**.

Mr. Barbee brings this motion under Rule 60(b)(4), on the ground that the prior order is void because the district court did not have jurisdiction to issue sanctions based on conduct that occurred in the Ninth Circuit. As Mr. Barbee expressly acknowledges in his Rule 60 motion, he already made this argument in his briefing on the underlying motion. (Dkt. No. 14 at 2.) He states that this new motion seeks to respond to a case cited in the Trustee's reply brief. The order, however, did not cite or rely on that case, and has already addressed Mr. Barbee's argument concerning this Court's jurisdiction. Thus, there is no valid ground for bringing this motion. Accordingly, Mr. Barbee's Rule 60(b) motion for relief is denied.

**IT IS SO ORDERED.**

Dated: August 29, 2025

RITA F. LIN
United States District Judge

1